WILLIS G. HICKMAN, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment of Supreme Court reversed and judgment of Buffalo City Court affirmed, with costs. Held, that the plaintiff did not make out a case to recover a penalty under subdivision 7 of section 49 of the Public Service Commissions Law,* because the subdivision applies only to a street surface railroad entering into a contract with another such corporation as provided in section 78 of the Railroad Law (now section 148 of the Railroad Law)† and only to railroads wholly within the limits of any one incorporated city or village. The complaint does not allege, and there is no evidence to bring the case within the provisions of this subdivision respecting the operation of the railroad under any such contract. All concurred.

PEARL CRONK, Appellant, v. ISRAEL GOLDMAN, Respondent.— Order modified by imposing as a condition of the granting of the new trial, the payment of all costs accrued after notice of trial, and as so modified the order is affirmed, without costs of this appeal to either party. All concurred.

CHARLES O. MILLER, Respondent, v. LEWIS J. ROSENBLOOM, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

DAVID L. MAITLAND, Appellant, v. THE CITY OF WATERTOWN, Respondent.— Judgment and order reversed, with costs, and the respondent's counsel having disclaimed that any ground exists for granting a new trial if the nonsuit was not properly granted, and the court having discovered none, the verdict of the jury is reinstated, with costs. All concurred, except Lambert, J., who dissented and voted for affirmance.

LEO S. ROTHSCHILD, Respondent, v. ELIZABETH COFFEY, Appellant.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that the questions of fact should have been submitted to the jury. All concurred.

WILLIAM K. JENNE, Respondent, v. FRANKLIN'S INCORPORATED, Appellant.— Judgment and order affirmed, with costs. All concurred; De Angelis, J., not sitting.

HOWARD HAYES, Respondent, v. THOMAS LACY, Appellant.— Judgment and order affirmed, with costs. All concurred.

CHARLES GROSS, an Infant, etc., by HERMAN GROSS, His Guardian ad Litem, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant. — Order affirmed, with costs. All concurred.

GEORGE MOSGELLER, an Infant, etc., Respondent, v. AUGUST FEINE & SONS COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs.

HARRY MILLS, Respondent, v. HERBERT KELDERHOUSE, Appellant.— Order of dismissal entered March 6, 1917, vacated and set aside and case put over term.

---

* Consol. Laws, chap. 48 (Laws of 1910, chap. 480), § 49, subd. 7.— [REP.

† Gen. Laws, chap. 39 (Laws of 1890, chap. 565), § 78, as amd. by Laws of 1905, chap. 695; now Consol. Laws, chap. 49 (Laws of 1910, chap. 481), § 148.— [REP.